UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: O-2-3646
Division: CP03

Albert Earskine Gilmore
(Write the full name of the plaintiff)

vs.

Sandra Minus, Deborah Ann Workman, Denise Gilmore Moses, Cora Willette Trinka, Samuel Lee Gilmore Jr., Steven Ramon Gilmore

(Write the full name of the defendant/s in this case)

FILED by _____ D.C.
MAR 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

cat / div 550/1983/mIR
Case # ___
Judge ___ Mag. Whit
Motn Ifp Yes Fee pd $ ___
Receipt # ___

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: Albert Earskine Gilmore
   Address: 1599 S.W. 187 Ave Miami, Fla. 33194
   Inmate/Prison No.: 420105
   Year of Birth: 19 62  (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: ① Sandra Minus    Defendant: ② Deborah Ann Workman
   Official Position: Representitive    Official Position: Represetitive
   Place of Employment: Retired    Place of Employment: Dade County Correctione

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

②

Complaint Under Civil Rights Act, 42 U.S.C. § 1983

Party Information:

Resuming from Page #2

③ Denise Gilmore Moses, Position: Representivtive

④ Cora Willette Trinka, Position: Beneficiary

⑤ Samuel Lee Gilmore JR, Position: Beneficiary

⑥ Steven Ramon Gilmore Position: Beneficiary

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I Am the Son of Mary E. Gilmore, I Am Albert E. Gilmore Exhibit A = Last Will + Testament, Exhibit C = Agreement Regarding Distribution was not Equally Distributed File #: 02-3646 Division: CP 03 Recorded July 29, 2003, Mother Died 8-17-2001 Representives Did not Distribute ① Sandra Minus, ② Deborah Ann Workman, ③ Denise Gilmore Moses, I Am Asking they Pass it to My Brother 15 years Later Instead of Distrubuting Assets.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I Am Asking Courts Resolve By Recieving my Portion of Assets from Estate with Interest I Am willing to work with Siblings this should have Never Happend, The Representitives Give In Properties + I have Nothing + Controlling Everthing Just Looking for Fairness And Courts to Implement Fairness Amen......

③

_A Court Appointed Lawyer if Needed_

### IV. Jury Demand

Are you demanding a jury trial?   **X** Yes   ___ No

Signed this __24__ day of __FebuRARY__, 20__18__

_Clit E. Silun II_ A.G.
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __FebuRARY 24, 2018__ A.G.

_Clit E. Silun II_
Signature of Plaintiff

(4)

Glades- Re-Entry - Center
S.W. 187 AVE
Florida 33194

RECEIVED
EVERGLADES CI RE-ENTRY
MAR 22 2018
STAFF INITIALS

LEGAL MAIL

Clerks' Office
United States District Court
Southern District of Florida
400 North Miami Avenue 8N0⁸
Miami, Florida 33128-7716

Legal Mail

Legal Mail